UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANICE ALEXANDER and MICHAEL ALEXANDER,<br>　　　　Plaintiffs,<br>-v-<br>CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br>　　　　Defendants. | No. 1:14-1229<br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has affirmed the decision denying ERISA benefits, which resolves the only claim pending in the lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 3, 2018　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge